# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

147099

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JOANNE M. SEARS,
        Plaintiff-Appellee,

v

SUBURBAN MOBILITY AUTHORITY FOR
REGIONAL TRANSPORTATION, a/k/a
SMART,
        Defendant-Appellant,
and

SHARON POINTER,
        Defendant.

SC: 147099
COA: 305923
Macomb CC: 2010-004321-NI

_____/

     On order of the Court, the application for leave to appeal the February 7, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013

t0722



Clerk